AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RICARDO IRIVE,

      Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: 3:11-cv-00574-ECR-VPC

CATHERINE CORTEZ MASTO, et al.,

      Defendants.

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendants and against plaintiff. The Complaint is dismissed for failure to state a claim.

December 20, 2011                          **LANCE S. WILSON**
Date                                                    Clerk

                                                         /s/   M. Campbell
                                                              Deputy Clerk